GEORGE P. ROWELL et al., Appellants, *v.* EDWARD W. LAMBERT, Respondent.

SAME *v.* HENRY TUCK, Respondent.

SAME *v.* GUSTAVUS S. WINSTON, Respondent.

Mem. of decisions below, 79 Hun, 614.
(Argued October 26, 1896; decided December 1, 1896.)

APPEALS from judgments of the General Term of the Supreme Court in the first judicial department, entered June 19, 1894, which affirmed judgments in favor of the respective defendants entered upon a decision of the court dismissing the complaints upon trial at Circuit.

These cases were argued with and decided upon *Rowell et al.* v. *Janvrin (ante,* p. 60).

*Philip Carpenter* and *Edward Hassett* for appellants.

*Dickinson W. Richards* for respondents.

Judgments dismissing the complaints, without requiring the defendants to give any proof, reversed, new trials granted, costs to abide event.

All concur.

---

JOAB L. CLIFT, as Surviving Partner of C. PARDEE & Co., Respondent, *v.* MARY E. MOSES et al., Appellants.

*Clift* v. *Moses,* 75 Hun, 517, affirmed.
(Argued October 26, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered October 10, 1894, which modified and, as modified, affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Louis Marshall* for appellants.

*William G. Tracy* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur, ANDREWS, Ch. J., GRAY, O'BRIEN and HAIGHT, JJ.; not voting, BARTLETT, J.; not sitting, MARTIN and VANN, JJ.